1  D. Lee Roberts, Jr., Esq.
   lroberts@wwhgd.com
2  Nevada Bar No. 8877
3  Ryan T. Gormley, Esq.
   rgormley@wwhgd.com
4  Nevada Bar No. 13494
   WEINBERG, WHEELER, HUDGINS,
5    GUNN & DIAL, LLC
   6385 South Rainbow Blvd., Suite 400
6  Las Vegas, NV 89118
7  Telephone:     (702) 938-3813
   Facsimile:     (702) 938-3864
8
9  *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE GREENFIELD and JOHNNY TRUJILLO, individually and on behalf of all those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>PROGRESSIVE ADVANCED INSURANCE COMPANY, PROGRESSIVE CASUALTY INSURANCE COMPANY, PROGRESSIVE CLASSIC INSURANCE COMPANY, PROGRESSIVE COMMERCIAL CASUALTY COMPANY, PROGRESSIVE DIRECT INSURANCE COMPANY, PROGRESSIVE MAX INSURANCE COMPANY, PROGRESSIVE NORTHERN INSURANCE COMPANY, PROGRESSIVE NORTHWESTERN INSURANCE COMPANY, PROGRESSIVE PREFERRED INSURANCE COMPANY, PROGRESSIVE SPECIALTY INSURANCE COMPANY, DOES 1 through 10,<br><br>        Defendants. | Case No. 2:21-cv-00571 -KJD-DJA<br><br>**STIPULATION AND ORDER REGARDING WAIVER OF SERVICE, EXTENSION OF TIME TO RESPOND TO COMPLAINT, AND STAY OF DISCOVERY** |

/ / /

/ / /

Plaintiffs Bruce Greenfield and Johnny Trujillo ("Plaintiffs") and Defendants Progressive Advanced Insurance Company, Progressive Casualty Insurance Company, Progressive Classic Insurance Company, Progressive Commercial Casualty Company, Progressive Direct Insurance Company, Progressive Max Insurance Company, Progressive Northern Insurance Company, Progressive Northwestern Insurance Company, Progressive Preferred Insurance Company, and Progressive Specialty Insurance Company (collectively, "Progressive" or "Defendants") stipulate and agree as follows:

1. Plaintiffs commenced this action against Progressive in the District Court of Clark County, Nevada by filing the Complaint on or about February 23, 2021.

2. Progressive removed this action to this Court on April 7, 2021. Progressive was not served with the Summons and Complaint prior to removal.

3. Counsel for the parties held a meet and confer by telephone on April 9, 2021 to discuss service of the Complaint, Progressive's anticipated response date, and discovery issues.

4. Pursuant to Fed. R. Civ. P. 4(d), Progressive hereby waives service, by and through its counsel, of the Summons and Complaint. This waiver shall not operate to waive, release, compromise, or prejudice any rights, defenses, objections, arguments, or claims Progressive may have to the lawsuit.

5. Progressive shall file its motion to dismiss the Complaint on or before May 28, 2021.

6. Plaintiffs' opposition to the motion to dismiss shall be due on or before June 28, 2021.

7. Progressive's reply in support of the motion to dismiss shall be due on or before July 19, 2021.

8. Pending resolution of Progressive's forthcoming motion, the parties agree and stipulate to a stay of discovery including, but not limited to, any discovery obligations set forth in Fed. R. Civ. P. 26 and LR 26-1, in order to preserve judicial and party resources.

9. If the Court denies Progressive's forthcoming motion, in whole or in part, the

1  parties agree to submit a discovery plan and scheduling order within 30 days after entry of the
2  Court's order on the motion.
3     10.   The parties respectfully suggest that good cause exists to enter the above-noted
4  briefing schedule and to enter the parties' stipulated stay of discovery.
5     11.   The parties represent that this stipulation is sought in good faith, is not interposed
6  for delay, and is not filed for an improper purpose.

DATED: April 14, 2021.                    DATED: April 14, 2021.

WEINBERG, WHEELER, HUDGINS,                MATTHEW L. SHARP, LTD.
GUNN & DIAL, LLC

*/s/ Ryan T. Gormley*                      */s/ Matthew L. Sharp*
D. Lee Roberts Jr., Esq.                   Matthew L. Sharp, Esq.
Ryan T. Gormley, Esq.                      432 Ridge Street
6385 South Rainbow Blvd., Suite 400        Reno, NV 89501
Las Vegas, NV 89118
                                           Robert T. Eglet, Esq.
*Attorneys for Defendants*                 Cassandra S.M. Cummings, Esq.
                                           EGLET ADAMS
                                           400 S. Seventh Street, Suite 400
                                           Las Vegas, NV 89101

                                           *Attorneys for Plaintiffs*


IT IS SO ORDERED.

_____
Hon. Daniel Albregts
United States Magistrate Judge

DATED: April 15, 2021

3