D. Lee Roberts, Jr., Esq.
lroberts@wwhgd.com
Nevada Bar No. 8877
Ryan T. Gormley, Esq.
rgormley@wwhgd.com
Nevada Bar No. 13494
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV 89118
Telephone:     (702) 938-3813
Facsimile:     (702) 938-3864

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRUCE GREENFIELD and JOHNNY TRUJILLO, individually and on behalf of all those similarly situated, | ) ) ) | Case No. 2:21-cv-00571-RFB-BNW |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| PROGRESSIVE ADVANCED INSURANCE COMPANY, PROGRESSIVE CASUALTY INSURANCE COMPANY, PROGRESSIVE CLASSIC INSURANCE COMPANY, PROGRESSIVE COMMERCIAL CASUALTY COMPANY, PROGRESSIVE DIRECT INSURANCE COMPANY, PROGRESSIVE MAX INSURANCE COMPANY, PROGRESSIVE NORTHERN INSURANCE COMPANY, PROGRESSIVE NORTHWESTERN INSURANCE COMPANY, PROGRESSIVE PREFERRED INSURANCE COMPANY, PROGRESSIVE SPECIALTY INSURANCE COMPANY, DOES 1 through 10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION AND PROPOSED ORDER REGARDING DISMISSAL WITHOUT PREJUDICE OF CERTAIN DEFENDANTS** |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Bruce Greenfield and Johnny Trujillo and Defendants Progressive Advanced Insurance Company, Progressive Casualty Insurance Company, Progressive Classic Insurance Company, Progressive Commercial Casualty Company, Progressive Direct Insurance Company, Progressive Max Insurance Company, Progressive Northern Insurance Company, Progressive Northwestern Insurance Company, Progressive Preferred Insurance Company, and Progressive Specialty Insurance Company stipulate to the dismissal without prejudice of all claims against Progressive Advanced Insurance Company, Progressive Casualty Insurance Company, Progressive Classic Insurance Company, Progressive Commercial Casualty Company, Progressive Max Insurance Company, Progressive Northwestern Insurance Company, Progressive Preferred Insurance Company, and Progressive Specialty Insurance Company. The remaining defendants are Progressive Direct and Progressive Northern.

DATED this 7th day of July, 2021.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

/s/ Ryan T. Gormley
D. Lee Roberts Jr., Esq.
Ryan T. Gormley, Esq.
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorneys for Defendants*

DATED this 7th day of July, 2021.

MATTHEW L. SHARP, LTD.

/s/ Matthew L. Sharp (with permission)
Matthew L. Sharp, Esq.
432 Ridge Street
Reno, NV 89501

Robert T. Eglet, Esq.
Cassandra S.M. Cummings, Esq.
EGLET ADAMS
400 S. Seventh Street, Suite 400
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
**United States District Court**

DATED: July 8, 2021.

2

# CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, a true and correct copy of the foregoing document was served by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, to the following:

Robert T. Eglet
Cassandra S.M. Cummings
EGLET ADAMS
400 S. Seventh St., Suite 400
Las Vegas, NV 89101

Matthew L. Sharp
MATTHEW L. SHARP, LTD.
432 Ridge Street
Reno, NV 89501

*/s/ Kelly L. Pierce*