

D. Lee Roberts, Jr., Esq.
lroberts@wwhgd.com
Nevada Bar No. 8877
Ryan T. Gormley, Esq.
rgormley@wwhgd.com
Nevada Bar No. 13494
 WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:  (702) 938-3838
Facsimile:  (702) 938-3864

Kymberly Kochis, Esq.
*Admitted Pro Hac Vice*
kymkochis@eversheds-sutherland.com
EVERSHEDS SUTHERLAND LLP
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
(212) 389-5068

Tracey K. Ledbetter, Esq.
*Admitted Pro Hac Vice*
traceyledbetter@eversheds-sutherland.com
EVERSHEDS SUTHERLAND LLP
999 Peachtree Street N.E.
Atlanta, GA 30309
(404) 853-8123

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE GREENFIELD, JOHNNY TRUJILLO, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE ADVANCED INSURANCE COMPANY, PROGRESSIVE CASUALTY INSURANCE COMPANY, PROGRESSIVE CLASSIC INSURANCE COMPANY, PROGRESSIVE COMMERCIAL CASUALTY COMPANY, PROGRESSIVE DIRECT INSURANCE COMPANY, PROGRESSIVE MAX INSURANCE COMPANY, PROGRESSIVE NORTHERN INSURANCE COMPANY, PROGRESSIVE NORTHWESTERN INSURANCE COMPANY, PROGRESSIVE PREFERRED INSURANCE COMPANY, PROGRESSIVE SPECIALTY INSURANCE COMPANY, DOES 1 through 10,<br><br>Defendants. | Case No.:   2:21-cv-00571-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiffs Bruce Greenfield and Johnny Trujillo, individually and on behalf of all those similarly situated, by and through their undersigned counsel of record, and Defendants Progressive Advanced Insurance Company, Progressive

Casualty Insurance Company, Progressive Classic Insurance Company, Progressive Commercial Casualty Company, Progressive Direct Insurance Company, Progressive Max Insurance Company, Progressive Northern Insurance Company, Progressive Northwestern Insurance Company, Progressive Preferred Insurance Company, Progressive Specialty Insurance Company, by and through their undersigned counsel of record, that any and all claims or causes of action asserted by Plaintiffs against Defendants in the above-captioned matter shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41, with each party to bear their own attorney fees, costs, and expenses.

DATED: May 2, 2022.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

/s/ Ryan T. Gormley
D. Lee Roberts, Jr., Esq.
Ryan T. Gormley, Esq.
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

Tracey K. Ledbetter, Esq.
*Admitted Pro Hac Vice*
Eversheds Sutherland LLP
999 Peachtree Street N.E.
Atlanta, GA 30309

Kymberly Kochis, Esq.
*Admitted Pro Hac Vice*
Eversheds Sutherland LLP
1114 Avenue of the Americas, 40th Floor
New York, NY 10036

*Attorneys for Defendants*

DATED: May 2, 2022.

MATTHEW L. SHARP, LTD.

/s/ Matthew L. Sharp
Matthew L. Sharp, Esq.
432 Ridge Street
Reno, NV 89501

Robert T. Eglet, Esq.
Cassandra S.M. Cummings, Esq.
Eglet Adams
400 S. Seventh Street, Suite 400
Las Vegas, NV 89101

*Attorneys for Plaintiffs*

IT IS SO ORDERED.



RICHARD E. BOULWARE, II
United States District Court

DATED this 3rd day of May, 2022.

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and that on the 2nd day of May, 2022, I served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, to the following:

| | |
|---|---|
| Robert T. Eglet, Esq.<br>Cassandra S.M. Cummings, Esq.<br>EGLET ADAMS<br>400 S. Seventh Street, Suite 400<br>Las Vegas, NV 89101<br>(702) 450-5400<br>(702) 450-5451 FAX<br>eservice@egletadams.com<br><br>*Attorneys for Plaintiffs* | Matthew L. Sharp, Esq.<br>MATTHEW L. SHARP, LTD.<br>432 Ridge Street<br>Reno, NV 89501<br>(775) 324-1500<br>(775) 284-0675 FAX<br><br>*Attorneys for Plaintiffs* |
| Tracey K. Ledbetter, Esq.<br>*Admitted Pro Hac Vice*<br>EVERSHEDS SUTHERLAND LLP<br>999 Peachtree Street N.E.<br>Atlanta, GA 30309<br><br>*Attorneys for Defendants* | Kymberly Kochis, Esq.<br>*Admitted Pro Hac Vice*<br>EVERSHEDS SUTHERLAND LLP<br>1114 Avenue of the Americas, 40th Floor<br>New York, NY 10036<br><br>*Attorneys for Defendants* |

                                              */s/ Kelly L. Pierce*
                                              An employee of WEINBERG, WHEELER,
                                              HUDGINS, GUNN & DIAL, LLC